**Fill in this information to identify the case:**

Debtor name    **William Holdings, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-14708-DS**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **List of 20 Largest Creditors**
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/12/2022   x  *KS KAMERON SEGAL*
                                    Signature of individual signing on behalf of debtor

                                    **Kameron Segal**
                                    Printed name

                                    **CEO**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | William Holdings, LLC

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): **2:22-bk-14708-DS**

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A2/Beverlywood/AA A Pest Control** PO Box 249 Lawndale, CA 90260 | | **Pest control** | | | | $129.00 |
| **Athens Services** 14048 East Valley Blvd. La Puente, CA 91746 | | **Trash bill for Cherokee Ave** | | | | $244.00 |
| **Franchise Tax Board** Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | | **Unpaid taxes** | | | | Unknown |
| **IRS** P.O. Box 7346 Philadelphia, PA 19101 | | **Unpaid tax** | | | | Unknown |
| **LADWP** 111 N. Hope St. Los Angeles, CA 90012 | | **Utility for Ben Ave** | | | | $16,019.77 |
| **Mercedez Benz Financial** 14372 Heritage Pkwy, Fort Worth, TX 76177 | | **2020 Mercedez-Benz GLS4 (leased vehicle)** | | $43,000.00 | $0.00 | $43,000.00 |
| **Republic Services** 12949 Telegraph Rd. Santa Fe Springs, CA 90670 | | **Utility for Ben Ave** | | | | $2,503.00 |
| **Reveles Landscaping** 15888 Roxford St., Sylmar, CA 91342 | | **Services** | | | | $225.00 |

Debtor    **William Holdings, LLC**                                    Case number (if known)    **2:22-bk-14708-DS**
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SCE 2244 Walnut Grove Ave Rosemead, CA 91770 | | Utility bill | | | | $0.00 |
| SoCal Gas 1801 S. Atlantic Blvd. Monterey Park, CA 91754 | | Gas bill | | | | $0.00 |
| U.S. Small Business Administration c/o Elan S. Levey 300 N. Los Angeles Street Fed. Bldg. Rm. 7516 Los Angeles, CA 90012 | | Assets of the Debtor per UCC Financing Statement | Disputed | $486,000.80 | $0.00 | $486,000.80 |

## United States Bankruptcy Court
### Central District of California

In re  **William Holdings, LLC**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kameron Segal**<br>**7190 Sunset Blvd. Ste. 290**<br>**Los Angeles, CA 90046** | | | **99%** |
| **Kameron Segal Corporation**<br>**7190 Sunset Blvd, Ste. 290**<br>**Los Angeles, CA 90046** | | | **1%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Kameron Segal, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9/12/2022

Signature  _KC KAMERON SEGAL_
**Kameron Segal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**                                    , California.

Date: _9/12/2022_

*Kameron Segal*
**Kameron Segal**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                          *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **William Holdings, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:22-bk-14708-DS** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:**  **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $    27,364,200.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................    $     225,562.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................    $    27,589,762.00

**Part 2:**  **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    17,641,358.61

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $         0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      19,120.77

4. **Total liabilities** ..........................................................................
   Lines 2 + 3a + 3b          |    $    17,660,479.38

Fill in this information to identify the case:

Debtor name    **William Holdings, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-14708-DS**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)         Type of account         Last 4 digits of account number

|  |  |  |
|---|---|---|
| 3.1. | **First Citizens Bank** checking account ending in 8018 | $75,000.00 |
| 3.2. | **First Citizens Bank** checking account ending in 7798 | $1,500.00 |
| 3.3. | **First Citzens Bank** checking account ending in 7838 | $500.00 |
| 3.4. | **First Citizens Bank** checking account ending in 4348 | $500.00 |
| 3.5. | **First Citizens Bank** checking account ending in 7763 | $800.00 |
| 3.6. | **First Citizens Bank** checking account ending in 7803 | $2,000.00 |

4.    Other cash equivalents *(Identify all)*

Debtor    **William Holdings, LLC**                          Case number *(If known)* **2:22-bk-14708-DS**
          Name

5.    **Total of Part 1.**                                                      | $80,300.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **$125,000.00**          -        **0.00**     = ....     **$125,000.00**
                                    **(uncollected rents)**
                                    face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                       | $125,000.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

| Debtor | **William Holdings, LLC** | Case number *(If known)* **2:22-bk-14708-DS** |
|--------|---------------------------|-----------------------------------------------|
|        | Name                      |                                               |

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1. | **2020 Mercedez-Benz GLS4 (leased vehicle)** | $0.00 | $0.00 |
| 47.2. | **2007 Toyota Tundra with 150,000 miles. The vehicle is paid in full.** | $0.00 | $7,262.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
**Refrigerators and stove in all the units**    $0.00    $13,000.00

**51.** Total of Part 8.                                                    | $20,262.00 |
Add lines 47 through 50.  Copy the total to line 87.

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 9:** Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5616 Lexington Ave., Los Angeles, CA 90038 (29 units apartment building)** | 100% | $0.00 | | $7,500,000.00 |
| 55.2. **1847 North Cherokee St., Los Angeles, CA 90028 (19 units apartment building)** | 100% | $0.00 | | $5,500,000.00 |

| Debtor | **William Holdings, LLC** | | | Case number *(if known)* **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.3. | **126 N. Lake St., Los Angeles, CA 90006 (6 unit multi-family apartment building)** | 100% | $0.00 | $1,713,600.00 |
| 55.4. | **5731 Carlton Way, Los Angeles, CA 90028 (12 units apartment building)** | 100% | $0.00 | $2,937,600.00 |
| 55.5. | **6821 Ben Ave, Los Angeles, CA 91605 (7 unit apartment building)** | 100% | $0.00 | $2,000,000.00 |
| 55.6. | **3256 Dos Palos, Los Angeles, CA 90068 (2 unit building)** | 100% | $0.00 | $2,400,000.00 |
| 55.7. | **6650 Emmet Terrace, Los Angeles, CA (7 unit apartment building)** | 100% | $0.00 | $2,500,000.00 |
| 55.8. | **7135 Hollywood Blvd., #701, Los Angeles, CA 90046 (condo unit)** | 100% | $0.00 | $913,000.00 |
| 55.9. | **5617 Virginia Ave., Los Angeles, CA 90038 (13 unit apartment building)** | 100% | $0.00 | $1,900,000.00 |

| 56. | **Total of Part 9.** | | $27,364,200.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **William Holdings, LLC**
      Name

Case number *(if known)* **2:22-bk-14708-DS**

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
**Debtor may have claims against Phil Fahey, Brent
Carrier, Elizabeth Zeeland, Jennifer Tom, Joy Gallardo,
Jacqueline Sandoval, Julianne Diaz, Rondald Diaz, Ira
Mandel for fraud, identify theft, embezzlement, larceny
by trick**

**Unknown**

Nature of claim
Amount requested            **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**
      **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **William Holdings, LLC** | Case number *(If known)* | **2:22-bk-14708-DS** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $80,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $125,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,262.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................> | | $27,364,200.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $225,562.00 | + 91b. $27,364,200.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,589,762.00 |

Fill in this information to identify the case:

Debtor name  **William Holdings, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:22-bk-14708-DS**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Axos Bank**
Creditor's Name

**Attn: Michelle Barisdale**
**4350 La Jolla Village Dr.**
**Ste. 140**
**San Diego, CA 92122**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Axos Bank**
**2. Los Angeles County Tax Collector**

Describe debtor's property that is subject to a lien
**6821 Ben Ave, Los Angeles, CA 91605 (7 unit apartment building)**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$1,450,000.00**   Column B: **$2,000,000.00**

---

**2.2  Chase Bank**
Creditor's Name

**1111 Polaris Pkwy**
**Columbus, OH 43240**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2005**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**6650 Emmet Terrace, Los Angeles, CA (7 unit apartment building)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$1,127,168.26**   Column B: **$2,500,000.00**

---

| Debtor | **William Holdings, LLC** | | Case number (if known) | **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

**8848**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Chase Bank**
**2. Michael and Ann Popovich**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Frank Romanose** | Describe debtor's property that is subject to a lien | $470,000.00 | $2,937,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **5731 Carlton Way, Los Angeles, CA 90028 (12 units apartment building)** | | |

**4557 Camillia Ave**
**North Hollywood, CA 91602**
Creditor's mailing address

Describe the lien
**Promissory Note**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/10/2007**

**Last 4 digits of account number**
**5006**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Standard Oil Credit Investments LLC**
**2. Los Angeles County Tax Collector**
**3. Frank Romanose**
**4. Satinder Sadhar**

---

| 2.4 | **Hollywood Versailles Tower HOA** | Describe debtor's property that is subject to a lien | $0.00 | $913,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **7135 Hollywood Blvd., #701, Los Angeles, CA 90046 (condo unit)** | | |

**c/o Ross Morgan & Co.**
**PO Box 512019**
**Los Angeles, CA 90051**
Creditor's mailing address

Describe the lien
**HOA Dues**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2000**

**Last 4 digits of account number**
**6622**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **William Holdings, LLC**

Name

Case number (if known)  **2:22-bk-14708-DS**

---

☐ No

■ Yes. Specify each creditor, including its name and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Newrez**
**2. Los Angeles County Tax Collector**
**3. Hollywood Versailles Tower HOA**

---

| 2.5 | **Los Angeles County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**225 N. Hill St., #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**5016**

Do multiple creditors have an interest in the same property? 🖉
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

Describe debtor's property that is subject to a lien
**5731 Carlton Way, Los Angeles, CA 90028 (12 units apartment building)**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,110.00 | $2,937,600.00

---

| 2.6 | **Los Angeles County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**225 N. Hill St., #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**3010**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pacific Premier Bank**
**2. Los Angeles County Tax Collector**

Describe debtor's property that is subject to a lien
**1847 North Cherokee St., Los Angeles, CA 90028 (19 units apartment building)**

Describe the lien
**Property tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,590.00 | $5,500,000.00

---

| Debtor | **William Holdings, LLC** | | Case number (if known) | **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | **Los Angeles County Tax Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**225 N. Hill St., #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**7005**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pacific Premier Bank
2. Los Angeles County Tax Collector**

**Describe debtor's property that is subject to a lien**
**5616 Lexington Ave., Los Angeles, CA 90038 (29 units apartment building)**

**Describe the lien**
**Property tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $48,933.00 | $7,500,000.00 |
|---|---|

---

| 2.8 | **Los Angeles County Tax Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**225 N. Hill St., #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**0035**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pacific Premier Bank
2. Los Angeles County Tax Collector**

**Describe debtor's property that is subject to a lien**
**126 N. Lake St., Los Angeles, CA 90006 (6 unit multi-family apartment building)**

**Describe the lien**
**Property tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $12,661.00 | $1,713,600.00 |
|---|---|

---

| 2.9 | **Los Angeles County Tax Collector** | | | |
|---|---|---|---|---|

Creditor's Name

**225 N. Hill St., #1
Los Angeles, CA 90012**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**6821 Ben Ave, Los Angeles, CA 91605 (7 unit apartment building)**

**Describe the lien**
**Property tax**
**Is the creditor an insider or related party?**
☑ No

| $19,174.00 | $2,000,000.00 |
|---|---|

---

| Debtor | **William Holdings, LLC** | | Case number (if known) | **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's email address, if known | ☐ Yes<br>**Is anyone else liable on this claim?** |
|---|---|
| | ■ No |
| **Date debt was incurred**<br>**2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**4006** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.10 | **Los Angeles County Tax Collector** | **Describe debtor's property that is subject to a lien**<br>**3256 Dos Palos, Los Angeles, CA 90068 (2 unit building)** | $22,985.00 | $2,400,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **225 N. Hill St., #1**<br>**Los Angeles, CA 90012** | |
|---|---|
| Creditor's mailing address | |
| | **Describe the lien**<br>**Property tax** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred**<br>**2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**0023** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Specialized Portfolio Servicing**<br>**2. Los Angeles County Tax Collector** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.11 | **Los Angeles County Tax Collector** | **Describe debtor's property that is subject to a lien**<br>**5617 Virginia Ave., Los Angeles, CA 90038 (13 unit apartment building)** | $3,500.00 | $1,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **225 N. Hill St., #1**<br>**Los Angeles, CA 90012** | |
|---|---|
| Creditor's mailing address | |
| | **Describe the lien**<br>**Property tax** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred**<br>**2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7016** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

| Debtor | **William Holdings, LLC** | | Case number (if known) | **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Los Angeles County Tax Collector**
**2. Specialized Portfolio Servicing**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2  Los Angeles County Tax Collector**
Creditor's Name

**225 N. Hill St., #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**1084**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**7135 Hollywood Blvd., #701, Los Angeles, CA 90046 (condo unit)**

**Describe the lien**
**Property tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $913,000.00

---

**2.1 3  Mercedez Benz Financial**
Creditor's Name

**14372 Heritage Pkwy,**
**Fort Worth, TX 76177**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/8/2020**
**Last 4 digits of account number**
**0001**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Mercedes-Benz GLS4 (leased vehicle)**

**Describe the lien**
**Auto lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$43,000.00 | $0.00

---

**2.1 4  Michael and Ann Popovich**

**Describe debtor's property that is subject to a lien**

$350,000.00 | $2,500,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 11

Debtor  **William Holdings, LLC**
　　　　Name

Case number (if known)  **2:22-bk-14708-DS**

| | |
|---|---|
| Creditor's Name | 6650 Emmet Terrace, Los Angeles, CA (7 unit apartment building) |

**172 Mission Oaks Rd
Fallbrook, CA 92028**
Creditor's mailing address

**Describe the lien**
**Promissory Note**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/21/2014**
Last 4 digits of account number
**7034**

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **Newrez** | Describe debtor's property that is subject to a lien | $546,618.77 | $913,000.00 |
|---|---|---|---|---|

Creditor's Name

**123 N. Lake Ave Ste. 100
Pasadena, CA 91101**
Creditor's mailing address

**7135 Hollywood Blvd., #701, Los Angeles, CA 90046 (condo unit)**

**Describe the lien**
**Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2000**
Last 4 digits of account number
**5224**

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Pacific Premier Bank** | Describe debtor's property that is subject to a lien | $5,342,483.00 | $7,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**17901 Von Karman Ave. Ste. 1200
Irvine, CA 92614**
Creditor's mailing address

**5616 Lexington Ave., Los Angeles, CA 90038 (29 units apartment building)**

**Describe the lien**
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/2015**
Last 4 digits of account number

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 11

Debtor   **William Holdings, LLC**

Name

Case number *(if known)*   **2:22-bk-14708-DS**

**5913**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ■ Disputed |

---

**2.1 7**

**Pacific Premier Bank**

Creditor's Name

**17901 Von Karman Ave. Ste. 1200**
**Irvine, CA 92614**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**6471**

Describe debtor's property that is subject to a lien
**1847 North Cherokee St., Los Angeles, CA 90028 (19 units apartment building)**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | $3,100,800.00 | $5,500,000.00 |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ■ Disputed |

---

**2.1 8**

**Pacific Premier Bank**

Creditor's Name

**17901 Von Karman Ave. Ste. 1200**
**Irvine, CA 92614**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**6417**

Describe debtor's property that is subject to a lien
**126 N. Lake St., Los Angeles, CA 90006 (6 unit multi-family apartment building)**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | $1,193,313.00 | $1,713,600.00 |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.8** | ■ Disputed |

---

**2.1 9**

**Satinder Sadhar**

Describe debtor's property that is subject to a lien

| | $300,000.00 | $2,937,600.00 |

---

Debtor   **William Holdings, LLC**
_____
Name

Case number (if known)   **2:22-bk-14708-DS**

---

Creditor's Name
**17 Angelo Court
Monroe Township, NJ
08831**
Creditor's mailing address

**5731 Carlton Way, Los Angeles, CA 90028 (12
units apartment building)**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

---

| 2.2 0 | Specialized Portfolio Servicing | Describe debtor's property that is subject to a lien | $532,021.78 | $2,400,000.00 |

Creditor's Name
**Specialized Portfolio
Servicing**

**3256 Dos Palos, Los Angeles, CA 90068 (2
unit building)**

**8742 Lucent Blvd., Ste. 300
Littleton, CO 80129**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2005**
Last 4 digits of account number
**2549**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.10**

---

| 2.2 1 | Specialized Portfolio Servicing | Describe debtor's property that is subject to a lien | $1,100,000.00 | $1,900,000.00 |

Creditor's Name
**Specialized Portfolio
Servicing**

**5617 Virginia Ave., Los Angeles, CA 90038 (13
unit apartment building)**

**8742 Lucent Blvd., Ste. 300
Littleton, CO 80129**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**
Last 4 digits of account number

---

Debtor   **William Holdings, LLC**
      Name

Case number (if known)   **2:22-bk-14708-DS**

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.11** | ■ Disputed |

---

| 2.2 2 | **Standard Oil Credit Investments LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $1,415,000.00 | $2,937,600.00 |
| | **113 N. San Vicente BLvd., Ste. 300 Beverly Hills, CA 90211** | **5731 Carlton Way, Los Angeles, CA 90028 (12 units apartment building)** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.3** | ■ Disputed |

---

| 2.2 3 | **U.S. Small Business Administration** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $486,000.80 | $0.00 |
| | **c/o Elan S. Levey 300 N. Los Angeles Street Fed. Bldg. Rm. 7516 Los Angeles, CA 90012** | **Assets of the Debtor per UCC Financing Statement** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **UCC Financing Statement** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **06/29/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0002** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $17,641,358.61

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

Debtor    **William Holdings, LLC**
_____
Name

Case number (if known)    **2:22-bk-14708-DS**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Axos Bank<br>PO Box 80471<br>City of Industry, CA 91716 | Line **2.22** | |
| Axos Bank<br>4350 La Jolla Village Dr., Ste. 140<br>San Diego, CA 92122 | Line **2.22** | |
| Los Angeles Counrty Tax Collector<br>Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0027 | Line **2.5** | |
| NewRez<br>c/o PHH Mortgage<br>1 Mortgage Way Mount<br>Mount Laurel, NJ 08054 | Line **2.15** | |
| NewRez<br>c/o Phh Mortgage<br>P.O. Box 5452<br>Mount Laurel, NJ 08054 | Line **2.15** | |
| Opus Bank<br>19900 MaCarthur Blvd., 12th Fl<br>Irvine, CA 92612 | Line **2.17** | |
| Pacific Premier Bank<br>c/o Knapp Petersen Clarke<br>550 North Brand Blvd., Ste. 1500<br>Glendale, CA 91203 | Line **2.16** | |
| Pacific Premier Bank<br>c/o Knapp Petersen Clarke<br>550 North Brand Blvd., Ste. 1500<br>Glendale, CA 91203 | Line **2.17** | |
| Pacific Premier Bank<br>c/o Knapp Petersen Clarke<br>550 North Brand Blvd., Ste. 1500<br>Glendale, CA 91203 | Line **2.18** | |
| Specialized Loan Servicing<br>c/o Investment Mortgage Company, LL<br>31194 La Baya Dr. #106<br>Thousand Oaks, CA 91362 | Line **2.20** | |

**Fill in this information to identify the case:**

Debtor name  **William Holdings, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:22-bk-14708-DS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid taxes** |  |  |
| Last 4 digits of account number **2469**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Unpaid tax** |  |  |
| Last 4 digits of account number **2469**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **William Holdings, LLC** | | Case number *(if known)* | **2:22-bk-14708-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
|---|---|---|---|

**A2/Beverlywood/AAA Pest Control**
**PO Box 249**
**Lawndale, CA 90260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Pest control**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|

**Athens Services**
**14048 East Valley Blvd.**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Trash bill for Cherokee Ave**

Last 4 digits of account number **5595**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,019.77 |
|---|---|---|---|

**LADWP**
**111 N. Hope St.**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/5/2018**

Basis for the claim:  **Utility for Ben Ave**

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,503.00 |
|---|---|---|---|

**Republic Services**
**12949 Telegraph Rd.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Utility for Ben Ave**

Last 4 digits of account number **9768**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Reveles Landscaping**
**15888 Roxford St.,**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **20018**

Basis for the claim:  **Services**

Last 4 digits of account number **9963**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SCE**
**2244 Walnut Grove Ave**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Utility bill**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SoCal Gas**
**1801 S. Atlantic Blvd.**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Gas bill**

Last 4 digits of account number **5001**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **William Holdings, LLC** | Case number (if known) | **2:22-bk-14708-DS** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 19,120.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 19,120.77 |

| Fill in this information to identify the case: |
|---|

Debtor name  **William Holdings, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:22-bk-14708-DS**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or       **Debtor is in the**
       lease is for and the nature of   **process of gathering**
       the debtor's interest            **the information for the**
                                        **lease agreements,**
                                        **management**
                                        **agreement, and any**
                                        **other executory**
                                        **contracts and**
                                        **unexpired leases.**
                                        **Amended Schedule G**
                                        **will be filed.**

       State the term remaining

       List the contract number of any                          **Lease Agreements**
           government contract

| Fill in this information to identify the case: |
|---|

Debtor name    **William Holdings, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-14708-DS**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Kameron Segal | 7190 Sunset Blvd. Ste. 290<br>Los Angeles, CA 90046 | Chase Bank | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Kameron Segal | 7190 Sunset Blvd. Ste. 290<br>Los Angeles, CA 90046 | Newrez | ■ D   2.15<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Kameron Segal | 7190 Sunset Blvd. Ste. 290<br>Los Angeles, CA 90046 | Specialized Portfolio Servicing | ■ D   2.20<br>☐ E/F ____<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name    **William Holdings, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:22-bk-14708-DS**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | $75,000.00 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $900,000.00 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $200,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **William Holdings, LLC**    Case number (if known)    **2:22-bk-14708-DS**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Mercedez Benz Financial**<br>**14372 Heritage Pkwy,**<br>**Fort Worth, TX 76177** | **June 2022**<br>**July 2022**<br>**August 2022** | $3,300.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Auto Lease |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Kameron Segal**<br>**7190 Sunset Blvd. Ste. 290**<br>**Los Angeles, CA 90046**<br>**Debtor's Principal** | 2022 | $20,000.00 | **Operating the business** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

| Debtor | **William Holdings, LLC** | Case number *(if known)* **2:22-bk-14708-DS** |
|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212** | **Attorney Fees** | **8/24/2022** | **$20,000.00** |
| | Email or website address<br>**michael.berger@bankruptcypower.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **William Holdings, LLC**                                    Case number *(if known)*  **2:22-bk-14708-DS**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **KLFJ Partnership Agreement** | Debtor's Counsel is investigating the effect of an agreement entitled KLFJ Partnership Agreement that purports to transfer interests in Debtor's property. | **August 12, 2022** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

   **Address**                                                                 Dates of occupancy
                                                                               From-To

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

   **Facility name and address**        **Nature of the business operation, including type of services the debtor provides**        **If debtor provides meals and housing, number of patients in debtor's care**

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **William Holdings, LLC**                                    Case number *(if known)*  **2:22-bk-14708-DS**

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | **William Holdings, LLC** | Case number *(if known)* **2:22-bk-14708-DS** |
|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Leon Tsipis** **17337 Ventura Blvd., Ste. 100** **Encino, CA 91316** | **2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kameron Segal** | **7190 Sunset Blvd. Ste. 290** **Los Angeles, CA 90046** | **Chief Executive Officer** | **99%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Juan Wilfredo Pesante** | **100 Briers Ridge** **Fayetteville, GA 30214** | **Chief Financial Officer** | |

Debtor   **William Holdings, LLC**                                      Case number *(if known)* **2:22-bk-14708-DS**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Romanose | 4557 Camellia Ave North Hollywood, CA 91602 | Chief Information Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daishon Simmons | 4236 Sublime Trail Atlanta, GA 30349 | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kameron Segal Corporation | 7190 Sunset Blvd, Ste. 290 Los Angeles, CA 90046 | Shareholder | 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kameron Segal** 7190 Sunset Blvd. Ste. 290 Los Angeles, CA 90046 | $8,000.00 | 8/2022 | Operating the business |
| | Relationship to debtor CEO | | | |
| 30.2. | **Juan Wilfredo Pesante** 100 Briers Ridge Fayetteville, GA 30214 | $8,000.00 | 8/2022 | Operating the business |
| | Relationship to debtor CFO | | | |
| 30.3. | **Frank Romanose** 4557 Camellia Ave North Hollywood, CA 91602 | $8,000.00 | 8/2022 | Operating the business |
| | Relationship to debtor CIO | | | |
| 30.4. | **Daishon Simmons** 4236 Sublime Trail Atlanta, GA 30349 | $8,000.00 | 8/2022 | Operating the business |
| | Relationship to debtor COO | | | |

| Debtor | **William Holdings, LLC** | Case number *(if known)* | **2:22-bk-14708-DS** |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/12/2022___

Signature of individual signing on behalf of the debtor        **Kameron Segal**
                                                                Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **William Holdings, LLC**

_____    Case No.    **2:22-bk-14708-DS**
Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept A RETAINER OF  _____    $  _____**20,000.00**

Prior to the filing of this statement I have received A RETAINER OF  _____    $  _____**20,000.00**

Balance Due  _____    $  _____**0.00**

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_9/12/2022_
_____
Date

_____
**Michael Jay Berger**
_Signature of Attorney_
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223 Fax: (310) 271-9805<br>michael.berger@bankruptcypower.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor:* **William Holdings, LLC**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**William Holdings, LLC**<br><br><br><br><br><br>Debtor(s). | CASE NO.:   2:22-bk-14708-DS<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 9/12/2022

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 9/12/2022

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

William Holdings, LLC
7190 W. Sunset Blvd., Ste. 290
Los Angeles, CA 90046


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


A2/Beverlywood/AAA Pest Control
PO Box 249
Lawndale, CA 90260


Athens Services
14048 East Valley Blvd.
La Puente, CA 91746


Axos Bank
Attn: Michelle Barisdale
4350 La Jolla Village Dr. Ste. 140
San Diego, CA 92122


Axos Bank
PO Box 80471
City of Industry, CA 91716


Axos Bank
4350 La Jolla Village Dr., Ste. 140
San Diego, CA 92122


Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Frank Romanose
4557 Camillia Ave
North Hollywood, CA 91602


Hollywood Versailles Tower HOA
c/o Ross Morgan & Co.
PO Box 512019
Los Angeles, CA 90051


IRS
P.O. Box 7346
Philadelphia, PA 19101


Kameron Segal
7190 Sunset Blvd. Ste. 290
Los Angeles, CA 90046


LADWP
111 N. Hope St.
Los Angeles, CA 90012


Lease Agreements


Los Angeles Counrty Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0027

Los Angeles County Tax Collector
225 N. Hill St., #1
Los Angeles, CA 90012


Mercedez Benz Financial
14372 Heritage Pkwy,
Fort Worth, TX 76177


Michael and Ann Popovich
172 Mission Oaks Rd
Fallbrook, CA 92028


Newrez
123 N. Lake Ave Ste. 100
Pasadena, CA 91101


NewRez
c/o PHH Mortgage
1 Mortgage Way Mount
Mount Laurel, NJ 08054


NewRez
c/o Phh Mortgage
P.O. Box 5452
Mount Laurel, NJ 08054


Opus Bank
19900 MaCarthur Blvd., 12th Fl
Irvine, CA 92612


Pacific Premier Bank
17901 Von Karman Ave. Ste. 1200
Irvine, CA 92614

Pacific Premier Bank
c/o Knapp Petersen Clarke
550 North Brand Blvd., Ste. 1500
Glendale, CA 91203


Republic Services
12949 Telegraph Rd.
Santa Fe Springs, CA 90670


Reveles Landscaping
15888 Roxford St.,
Sylmar, CA 91342


Satinder Sadhar
17 Angelo Court
Monroe Township, NJ 08831


SCE
2244 Walnut Grove Ave
Rosemead, CA 91770


SoCal Gas
1801 S. Atlantic Blvd.
Monterey Park, CA 91754


Specialized Loan Servicing
c/o Investment Mortgage Company, LL
31194 La Baya Dr. #106
Thousand Oaks, CA 91362


Specialized Portfolio Servicing
8742 Lucent Blvd., Ste. 300
Littleton, CO 80129

Standard Oil Credit Investments LLC
113 N. San Vicente BLvd., Ste. 300
Beverly Hills, CA 90211


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012